**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br><br>            Plaintiff,<br><br>      vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendants. | Civil Action No. 2:26-cv-02566<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION
Case No. 2:26-cv-02566

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER came before the Court on Plaintiff Roger Rogoff's Motion for a Preliminary Injunction.  The Court has considered all of the following:

1. Plaintiff's Motion for a Preliminary Injunction, ECF No. __, with supporting declarations and exhibits;

2. Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, ECF No. __, with any supporting declarations and exhibits;

3. Plaintiff's Reply in Support of Motion for a Preliminary Injunction, ECF No. __, with any supporting declarations and exhibits;

4. The argument of counsel; and

5. The entire record and all submissions herein.

Being fully apprised of the matter, and for the reasons articulated in Plaintiff Roger Rogoff's Motion for Preliminary Injunction briefing, it is hereby ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction, ECF No. __, is **GRANTED**.

2. Until the vacancy of the Office of the U.S. Attorney for the Western District of Washington is filled via Senate confirmation, Defendants Executive Office of the President, Acting Attorney General Todd Blanche, and the Department of Justice shall not:

    (i) effectuate any purported firing of Plaintiff Roger Rogoff from his position as U.S. Attorney for the Western District of Washington;

    (ii) purport to remove Plaintiff Roger Rogoff from his position as U.S. Attorney for the Western District of Washington or in any way treat him as having been removed;

    (iii) deny or obstruct Plaintiff Roger Rogoff from accessing any of the benefits or resources of his position as U.S. Attorney for the Western District of Washington;

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION
Case No. 2:26-cv-02566

-1-

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

(iv) otherwise obstruct Plaintiff Roger Rogoff from his ability to carry out the duties of the U.S. Attorney for the Western District of Washington; or

(v) treat any individual other than Plaintiff Roger Rogoff as U.S. Attorney for the Western District of Washington or the chief federal law enforcement officer of the district.

**IT IS SO ORDERED.**

Dated:  this ___ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HKM EMPLOYMENT ATTORNEYS LLP

_____
    */s/ Jason A. Rittereiser*
Jason A. Rittereiser, WSBA No. 43628

_____
    */s/ Daniel Kalish*
Daniel Kalish, WSBA No. 35815
600 Stewart Street, Suite 901
Seattle, Washington 98101
Telephone: (206) 838-2504
jrittereiser@hkm.com
dkalish@hkm.com

Attorneys for Plaintiff Roger Rogoff

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION
Case No. 2:26-cv-02566

-2-

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

I further certify that a copy of the foregoing will be hand delivered as follows:

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants, the Acting Attorney General of the United States, and to the Department of Justice by Certified Mail:

DONALD J. TRUMP, in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW
Washington, DC 20500

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States
950 Pennsylvania Avenue NW, Washington, DC 20530

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW, Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 21st day of July, 2026.

_/s/ Taylor Yates_
Taylor Yates, Practice Group Manager
HKM Employment Attorneys LLP