**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br><br>        Plaintiff,<br><br>        vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendants. | Civil Action No.  2:26-cv-02566<br><br>**DECLARATION OF HAILYN J. CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF HAILYN J. CHEN
Case No. 2:26-cv-02566

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

I, Hailyn J. Chen, hereby declare:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP and one of the attorneys of record representing Plaintiff Roger Rogoff in the above-captioned matter. I submit this declaration in support of the Plaintiff's Motion for Preliminary Injunction.

2. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify to them.

### The Western District of Washington

3. Attached as **Exhibit 1** is a true and correct copy of a press release posted on the website of the United States Attorney's Office, Western District of Washington, on June 20, 2023, titled "U.S. Attorney Nick Brown Announces Departure from U.S. Attorney's Office," available at https://www.justice.gov/usao-wdwa/pr/us-attorney-nick-brown-announces-departure-us-attorneys-office [https://perma.cc/H4RW-34BZ]. Based on my review of the list of Executive nominations to the U.S. Senate Committee on the Judiciary, available at https://www.judiciary.senate.gov/nominations/executive, I know that, since Mr. Brown resigned, no one has been nominated to or confirmed by the Senate to fill the vacancy in the office of the U.S. Attorney for the Western District of Washington.

4. Attached as **Exhibit 2** is a true and correct copy of a press release posted on the website of the United States Attorney's Office, Western District of Washington, on January 16, 2024, titled "Tessa M. Gorman Sworn in as U.S. Attorney, Western District of Washington," available at https://www.justice.gov/usao-wdwa/pr/tessa-m-gorman-sworn-us-attorney-western-district-washington [https://perma.cc/6REH-PVTF]. The press release noted that, prior to her appointment as U.S. Attorney by then-United States Attorney General Merrick Garland, Ms. Gorman had served six months as "Acting U.S. Attorney."

5. Attached as **Exhibit 3** is a true and correct copy of General Order 06-24, an order issued by the United States District Court for the Western District of Washington on May 9, 2024, titled "In the Matter of the Appointment of Tessa Gorman as United States Attorney,"

DECLARATION OF HAILYN J. CHEN    -1-    MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566    350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

available at

https://www.wawd.uscourts.gov/sites/wawd/files/05092024GOAppointingTessaGorman.pdf

[https://perma.cc/CDZ4-FFU5].  The order appointed Tessa Gorman as United States Attorney

pursuant to 28 U.S.C. § 546(d), effective May 18, 2024.

6.      Attached as **Exhibit 4** is a true and correct copy of an article published by the

*Seattle Times* on February 13, 2025, titled "Trump Dismisses Seattle-Based U.S. Attorney as

Part of Nationwide Purge," available at https://www.seattletimes.com/seattle-news/law-

justice/trump-dismisses-seattle-based-u-s-attorney-as-part-of-nationwide-purge/

[https://perma.cc/HV65-F9R5].  The article states that Tessa Gorman "ha[d] been dismissed at

the direction of President Donald Trump" and that, according to a spokesperson for the U.S.

Attorney's Office, "First Assistant U.S. Attorney Teal Luthy Miller will act as interim U.S.

attorney pending further announcements."

7.      Attached as **Exhibit 5** is a true and correct copy of a press release posted on the

website of the United States Attorney's Office, Western District of Washington, on October 6,

2025, titled "Charles Neil Floyd Appointed Interim U.S. Attorney for the Western District of

Washington," available at https://www.justice.gov/usao-wdwa/pr/charles-neil-floyd-appointed-

interim-us-attorney-western-district-washington [https://perma.cc/229S-GDZ8].

8.      Attached as **Exhibit 6** is a true and correct copy of a statement posted on the

website of the United States Attorney's Office, Western District of Washington, last updated

February 3, 2026, titled "Meet the First Assistant U.S. Attorney," available at

https://www.justice.gov/usao-wdwa/meet-us-attorney [https://perma.cc/2926-7KHC].  According

to the statement, Mr. Floyd "was appointed First Assistant U.S. Attorney" on February 2, 2026,

and "leads an office of approximately 85 attorneys and 70 support staff in the Criminal and Civil

Divisions."  As of the date of the filing of this declaration, this statement remains posted on the

website of the United States Attorney's Office, Western District of Washington.

9.      Attached as **Exhibit 7** is a true and correct copy of an article published by *KUOW*

on February 4, 2026, titled "Justice Department 'Workaround' Keeps Former Immigration Judge

DECLARATION OF HAILYN J. CHEN                    -2-              MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                           350 South Grand Avenue, Fiftieth Floor
                                                                Los Angeles, California 90071-3426
                                                                (213) 683-9100

as Seattle's Top Prosecutor," available at https://www.kuow.org/stories/justice-department-workaround-keeps-former-immigration-judge-as-seattle-s-top-prosecutor-6cbe [https://perma.cc/3N6Y-9BEE].  The article states that the Justice Department changed Floyd's title from "'interim' U.S. Attorney" to "First Assistant U.S. Attorney."  The article quotes Floyd as saying: "While my title has changed, what has not changed is my leadership of the men and women of the U.S. Attorney's Office."

10.    Attached as **Exhibit 8** is a true and correct copy of a page on the website of the United States Attorney's Office, Western District of Washington, titled "About the District," available at https://www.justice.gov/usao-wdwa [https://perma.cc/H4VY-77WR] (last visited July 20, 2026).  According to the office's website, the U.S. Attorney's Office in the Western District of Washington currently is headed by Mr. Floyd as "First Assistant U.S. Attorney"; Mr. Floyd is described as "the chief federal law enforcement officer in Western Washington."  The website does not list anyone as serving as U.S. Attorney for the district.  Based on my review of the list of Executive nominations to the U.S. Senate Committee on the Judiciary, available at https://www.judiciary.senate.gov/nominations/executive, I know that there is no pending nomination for Senate confirmation for the position of U.S. Attorney for that district.

## Other U.S. Attorney Vacancies

### District of New Jersey

11.    Attached as **Exhibit 9** is a true and correct copy of an article published by *The New York Times* on August 7, 2025, titled "A Prosecutor Took on MS-13 and Violent Crime. Trump Fired Her Anyway," available at https://www.nytimes.com/2025/08/07/nyregion/desiree-grace-new-jersey-us-attorney.html.  The article states that toward the end of then-interim U.S. Attorney Alina Habba's 120-day term, Desiree Leigh Grace was appointed U.S. Attorney by the United States District Court for the District of New Jersey.  The article states that Ms. Grace was then "abruptly terminated by top Justice Department officials."  To date, Ms. Grace has not challenged her firing in court.

12. Attached as **Exhibit 10** is a true and correct copy of an article published by *The New York Times* on December 8, 2025, titled "Alina Habba, a Trump Loyalist, Resigns as New Jersey's Top Prosecutor," available at https://www.nytimes.com/2025/12/08/nyregion/alina-habba-nj-us-attorney-resigns.html.

13. Attached as **Exhibit 11** is a true and correct copy of an article published by *Reuters* on March 23, 2026, titled "Court Names New Jersey Federal Prosecutor, Ending Standoff with Trump Administration," available at https://www.reuters.com/legal/legalindustry/court-names-new-jersey-federal-prosecutor-ending-standoff-with-trump-2026-03-23/. The article states that the United States District Court for the District of New Jersey appointed Robert Frazer as U.S. Attorney "with the agreement of President Donald Trump's administration." Based on my review of the list of Executive nominations to the U.S. Senate Committee on the Judiciary, available at https://www.judiciary.senate.gov/nominations/executive, I know that there is no pending nomination for Senate confirmation for the position of U.S. Attorney for that district.

### *Northern District of New York*

14. Attached as **Exhibit 12** is a true and correct copy of an article published by *The New York Times* on February 11, 2026, titled "U.S. Attorney Chosen to Replace Trump Pick is Quickly Fired by White House," available at https://www.nytimes.com/2026/02/11/nyregion/donald-kinsella-ndny-sarcone-trump.html. The article states that, after a court determined that then-Acting U.S. Attorney John Sarcone III was serving in his position unlawfully and after his 210-day term had expired, Mr. Sarcone was listed on the U.S. Attorney's Office's website as first assistant. Donald Kinsella was appointed U.S. Attorney by the United States District Court for the Northern District of New York and then was told by a White House official that he was being removed from the post. To date, Mr. Kinsella has not challenged his firing in court.

15. Attached as **Exhibit 13** is a true and correct copy of a page of the website for the United States Attorney's Office, Northern District of New York, titled "First Assistant U.S. Attorney John A. Sarcone III," available at https://www.justice.gov/usao-ndny/staff-profile/us-

DECLARATION OF HAILYN J. CHEN          -4-          MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                          350 South Grand Avenue, Fiftieth Floor
                                                                              Los Angeles, California 90071-3426
                                                                                          (213) 683-9100

attorney [https://perma.cc/2BN5-7UUT] (last visited July 20, 2026). According to that office's website, the U.S. Attorney's Office in the Northern District of New York currently is headed by Mr. Sarcone as "First Assistant U.S. Attorney"; Mr. Sarcone is described as "the chief federal law enforcement officer responsible for all federal criminal prosecutions and civil litigation involving the United States in the Northern District of New York." The website does not list anyone as serving as U.S. Attorney for the district. Based on my review of the list of Executive nominations to the U.S. Senate Committee on the Judiciary, available at https://www.judiciary.senate.gov/nominations/executive, I know that there is no pending nomination for Senate confirmation for the position of U.S. Attorney for that district.

### *Eastern District of Virginia*

16. Attached as **Exhibit 14** is a true and correct copy of an article published by *The New York Times* on February 20, 2026, titled "Longtime Virginia Lawyer Chosen by Judges as U.S. Attorney, and Then Fired," available at https://www.nytimes.com/2026/02/20/us/politics/us-attorney-eastern-district-of-virginia.html. The article states that James Hundley had been chosen by the United States District Court for the Eastern District of Virginia to replace Lindsey Halligan, whom the court determined to be unlawfully appointed. The article states that "a mere two hours after Mr. Hundley was appointed to the job, he was abruptly fired in a social media post by Todd Blanche." To date, Mr. Hundley has not challenged his firing in court.

17. Attached as **Exhibit 15** is a true and correct copy of a page of the website for the United States Attorney's Office, Eastern District of Virginia, titled "About the District," available at https://www.justice.gov/usao-edva [https://perma.cc/GK7A-B5F5] (last visited July 20, 2026). According to that office's website, the U.S. Attorney's Office in the Eastern District of Virginia currently is headed by the Executive Assistant U.S. Attorney, J. Frank Bradsher. The website does not list anyone as serving as U.S. Attorney for the district.

18. Attached as **Exhibit 16** is a true and correct copy of an article published by *Bloomberg Law* on July 15, 2026, titled "DOJ Taps Veteran Prosecutor to Lead Embattled

DECLARATION OF HAILYN J. CHEN
Case No. 2:26-cv-02566

-5-

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

Virginia Office," available at https://news.bloomberglaw.com/us-law-week/doj-taps-veteran-prosecutor-to-lead-embattled-virginia-office.  The article states that the Department of Justice is installing Theo Stamos as First Assistant U.S. Attorney to lead the U.S. Attorney's Office in the Eastern District of Virginia.  Based on my review of the list of Executive nominations to the U.S. Senate Committee on the Judiciary, available at https://www.judiciary.senate.gov/nominations/executive, I know that Ms. Halligan was nominated for Senate confirmation for the position of U.S. Attorney for that district; her nomination is pending before the Senate.

### *Other Districts*

19.    Attached as **Exhibit 17** is a true and correct copy of a page on the website of the United States Attorney's Office, District of Arizona, titled "Meet the U.S. Attorney," available at https://www.justice.gov/usao-az/meet-us-attorney [https://perma.cc/V3LY-773P] (last visited July 20, 2026).  The website states that "Timothy Courchaine was appointed by Attorney General Pam Bondi to serve as United States Attorney for the District of Arizona on February 28, 2025.  The District Court of Arizona re-appointed Mr. Courchaine on June 17, 2025."

20.    Attached as **Exhibit 18** is a true and correct copy of a page on the website of the United States Attorney's Office, Eastern District of California, titled "U.S. Attorney Eric Grant," available at https://www.justice.gov/usao-edca/staff-profile/us-attorney-eric-grant [https://perma.cc/TB83-KQT8] (last visited July 20, 2026).  The website states that "[Eric] Grant was appointed by Attorney General Pam Bondi to serve as the United States Attorney for the Eastern District of California beginning on August 11, 2025.  Pursuant to 28 U.S.C. § 546(d), he was further appointed by the district court effective December 9, 2025."

21.    Attached as **Exhibit 19** is a true and correct copy of a page on the website of the United States Attorney's Office, Central District of California, titled "About the District," available at https://www.justice.gov/usao-cdca [https://perma.cc/Q2UD-75V6] (last visited July 20, 2026).  The website lists First Assistant U.S. Attorney Bilal A. Essayli as the district's leadership.

DECLARATION OF HAILYN J. CHEN                    -6-                    MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                                         350 South Grand Avenue, Fiftieth Floor
                                                                                            Los Angeles, California 90071-3426
                                                                                            (213) 683-9100

22.     Attached as **Exhibit 20** is a true and correct copy of a page on the website of the United States Attorney's Office, District of Nevada, titled "About the District," available at https://www.justice.gov/usao-nv [https://perma.cc/96LK-X84C] (last visited July 20, 2026).  The website lists First Assistant U.S. Attorney Sigal Chattah as the district's leadership.

23.     Attached as **Exhibit 21** is a true and correct copy of a page on the website of the United States Attorney's Office, District of New Mexico, titled "About the District," available at https://www.justice.gov/usao-nm [https://perma.cc/L5RZ-G4CP] (last visited July 20, 2026). The website lists First Assistant U.S. Attorney Ryan Ellison as the district's leadership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of July, 2026, at San Jose, California.

_____
Hailyn J. Chen

DECLARATION OF HAILYN J. CHEN          -7-
Case No. 2:26-cv-02566

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

I further certify that a copy of the foregoing will be hand delivered as follows:

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants, the Acting Attorney General of the United States, and to the Department of Justice by Certified Mail:

DONALD J. TRUMP, in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW
Washington, DC 20500

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States
950 Pennsylvania Avenue NW, Washington, DC 20530

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW, Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 21st day of July, 2026.

_____*/s/ Taylor Yates*_____
Taylor Yates, Practice Group Manager
HKM Employment Attorneys LLP

DECLARATION OF HAILYN J. CHEN          -8-          MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                      350 South Grand Avenue, Fiftieth Floor
                                                                      Los Angeles, California 90071-3426
                                                                      (213) 683-9100