**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br><br>      Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>      Defendants. | Civil Action No. 2:26-cv-02566<br><br>**DECLARATION OF NOELLE SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF NOELLE SMITH
Case No. 2:26-cv-02566

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

I, Noelle Smith, hereby declare:

1.     I am over the age of 18 and competent to make this declaration.  I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify to them.

2.     I am an eDiscovery Project Manager at the law firm of Munger, Tolles & Olson LLP.  In my role as an eDiscovery Project Manager, I am responsible for, among other things, understanding and using available software tools to create records of webpages and other information and data available on the Internet.

3.     Page Vault is a web capture software that captures webpages, video content, and social media posts exactly as they appear in a browser, along with key metadata in a footer on every page of output.  I received training from Page Vault about how to use its software.

4.     I used Page Vault to capture Exhibits 1 through 5 attached to this declaration, as well as Exhibit 6 attached to the Declaration of Roger Rogoff in Support of Plaintiff's Motion for Preliminary Injunction.  Each Page Vault capture is a true and correct depiction of the content as it appeared at the time that I captured it.  Each exhibit includes a Page Vault cover sheet that shows the date and time I captured the content.

5.     Attached hereto as **Exhibit 1** is a true and correct copy of a July 22, 2025 post on X by user @AGPamBondi, which upon information and belief is an account owned by then-Attorney General Pamela Bondi, as downloaded from X's website at https://x.com/AGPamBondi/status/1947768353025556950.

6.     Attached as **Exhibit 2** is a true and correct copy of a July 22, 2025 post on X by user @DAGToddBlanche, which upon information and belief is an account owned by then-Deputy Attorney General Todd Blanche, as downloaded from X's website at https://x.com/DAGToddBlanche/status/1947768601454514308.

7.     Attached as **Exhibit 3** is a true and correct copy of a February 12, 2026 post on X by user @DAGToddBlanche, which upon information and belief is an account owned by then-

---

DECLARATION OF NOELLE SMITH                -1-          MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                          350 South Grand Avenue, Fiftieth Floor
                                                                              Los Angeles, California 90071-3426
                                                                                        (213) 683-9100

Deputy Attorney General Todd Blanche, as downloaded from X's website at https://x.com/DAGToddBlanche/status/2021777972215062787.

8. Attached as **Exhibit 4** is a true and correct copy of a February 20, 2026 post on X by user @DAGToddBlanche, which upon information and belief is an account owned by then-Deputy Attorney General Todd Blanche, as downloaded from X's website at https://x.com/DAGToddBlanche/status/2024993246175261137.

9. Attached as **Exhibit 5** is a true and correct copy of a March 26, 2026 post on X by user @DAGToddBlanche, which upon information and belief is an account owned by then-Deputy Attorney General Todd Blanche, as downloaded from X's website at https://x.com/dagtoddblanche/status/2037229062121300406.  The post includes a link to the United States District Court for the Western District of Washington's General Order 04-26 announcing the appointment of a merit selection panel to consider applicants for the position of Court-appointed U.S. Attorney.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of July, 2026, at Los Angeles, California.

_Noelle Smith_

_____

Noelle Smith

---

DECLARATION OF NOELLE SMITH                  -2-            MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                       350 South Grand Avenue, Fiftieth Floor
                                                             Los Angeles, California 90071-3426
                                                             (213) 683-9100

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

I further certify that a copy of the foregoing will be hand delivered as follows:

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants, the Acting Attorney General of the United States, and to the Department of Justice by Certified Mail:

DONALD J. TRUMP, in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW
Washington, DC 20500

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States
950 Pennsylvania Avenue NW, Washington, DC 20530

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW, Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 21st day of July, 2026.

_____/s/ Taylor Yates_____
Taylor Yates, Practice Group Manager
HKM Employment Attorneys LLP

DECLARATION OF NOELLE SMITH                    -3-                    MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                                           350 South Grand Avenue, Fiftieth Floor
                                                                                             Los Angeles, California 90071-3426
                                                                                                          (213) 683-9100