**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br><br>              Plaintiff,<br><br>        vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>              Defendants. | Civil Action No. 2:26-cv-02566<br><br>**DECLARATION OF ROGER ROGOFF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF ROGER ROGOFF
Case No. 2:26-cv-02566

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

I, Roger Rogoff, declare as follows:

1.     I am the Plaintiff in the above-entitled action, and I am an attorney licensed to practice law in the State of Washington.  I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

**Career in Law and Public Service**

2.     I have practiced law for more than 30 years, and I have dedicated much of my professional career to public service and the fair administration of justice.  Throughout my career, I have served as a state prosecutor, federal prosecutor, trial judge, private practice attorney, and corporate in-house counsel, across a wide variety of areas in criminal and civil law.

3.     I received my law degree in 1993 from the University of Washington School of Law.  Following law school, I began my legal career in the King County Prosecuting Attorney's Office.  I worked as a trial deputy and supervisor in seven different units and tried countless cases to verdict, including persistent offender, sexual assault, domestic violence, juvenile, and homicide matters.  I also handled appeals from the cases I prosecuted.  I worked in the King County Prosecuting Attorney's Office from October 1993 to September 2001 and then returned from April 2003 to November 2007, after a brief period as a solo practitioner.

4.     I next served as an Assistant United States Attorney in the United States Attorney's Office for the Western District of Washington from January 2007 to January 2014. At the United States Attorney's Office, I investigated and prosecuted violations of federal criminal law, including fraud, sexual exploitation, immigration, drugs, and violence.  I worked with federal agents to disrupt and dismantle interstate and international criminal organizations, and I investigated and prosecuted complex cases involving Title II wiretaps, electronic investigations, and cybercrimes.  I also tried numerous cases in United States District Court and handled appeals in the United States Court of Appeals for the Ninth Circuit.

5.     In January 2014, I was appointed to serve as a judge in the King County Superior Court.  As a judge, I presided over cases in criminal court, civil court, juvenile court, involuntary commitment court, and family court.  During my time on the bench, I also served as a member of

DECLARATION OF ROGER ROGOFF
Case No. 2:26-cv-02566

-1-

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
(213) 683-9100

the Superior Court Executive Committee, the Court Rules Committee, the Budget Committee, and the Courts and Community Committee. I was elected without opposition after my appointment in 2014 and 2016.

6. After more than six years on the bench, I joined Microsoft as an Assistant General Counsel in the Law Enforcement National Security Team. In that role, I responded to government requests for information from Microsoft and its product groups and helped develop policy related to digital data privacy and security for Microsoft customers.

7. I then returned to public service in January 2022 after Governor Jay Inslee appointed me to serve as the inaugural director of the Washington State Office of Independent Investigations. The Washington State Legislature created the Office of Independent Investigations in 2022 to conduct independent, thorough, and transparent investigations of cases that involve police use of deadly force. As the founding director, I built and then oversaw an office of approximately 70 staff members, about half of whom were investigators.

8. Most recently, I returned to private practice in March 2026 at the law firm Osborn Machler & Neff in Seattle. In addition to my legal practice, I have also taught trial advocacy classes at the University of Washington School of Law since 2014.

### Application to Serve as United States Attorney

9. On January 14, 2026, the United States District Court for the Western District of Washington issued an order stating that "in the event the President does not appoint, with the advice and consent of the Senate, a United States Attorney . . . before February 3, 2026, the Court intends to appoint a United States Attorney under Section 546(d) to serve until the vacancy is filled pursuant to Section 541(a)." Attached hereto as **Exhibit 1** is a true and correct copy of the order. The District Court further requested that any attorney wishing to be considered for appointment apply by March 16, 2026.

10. I subsequently submitted my application for consideration for appointment as United States Attorney for the Western District of Washington pursuant to 28 U.S.C. § 546(d).

11. On March 24, 2026, I was informed that the District Court had appointed a bipartisan merit selection panel to consider applications for appointment as United States Attorney. Attached as **Exhibit 2** is a true and correct copy of the order appointing the merit selection panel. The merit selection panel consisted of Chair Robert McKenna, the former Washington Attorney General from 2005 to 2013; Helen Brunner, a retired Assistant United States Attorney who previously served as chief of the appellate unit; Jennifer Wellman, a former Supervising Attorney at the Federal Public Defender's Office; Robert Flennaugh, current President of the Federal Bar Association for the Western District of Washington; and Thomas Vertetis, current Lawyer Representative for Western District of Washington to the Ninth Circuit Judicial Conference.

12. I interviewed with the merit selection panel in May 2026. I was subsequently asked to answer supplemental written questions, which I did.

13. On June 29, 2026, I interviewed with the judges of the District Court. Later that day, Chief Judge David G. Estudillo informed me that the judges of the Western District of Washington intended to appoint me United States Attorney and would inform the United States Department of Justice regarding my selection.

14. On July 15, 2026, the United States District Court for the Western District of Washington appointed me to serve as United States Attorney for the Western District of Washington pursuant to 28 U.S.C. § 546(d). On that same date, the Court's order appointing me was filed with the Clerk of the Court. The order stated that I was "authorized to serve as the United States Attorney for the Western District of Washington until the vacancy is filled by an officer appointed by the President with the advice and consent of the Senate in accordance with the United States Constitution, Article II, Section 2 and 28 U.S.C. § 541(a)." Attached as **Exhibit 3** is a true and correct copy of the order appointing me as United States Attorney.

15. I was sworn in shortly before 8:00 a.m. that same day. Attached as **Exhibit 4** is the affidavit that I signed upon becoming United States Attorney.

DECLARATION OF ROGER ROGOFF  
Case No. 2:26-cv-02566

-3-

MUNGER, TOLLES & OLSON LLP  
350 South Grand Avenue  
Los Angeles, California 90071-3426  
(213) 683-9100

16.     Upon being sworn in, I understood that I had assumed the office of United States Attorney for the Western District of Washington and was authorized and obligated to discharge the duties of that office.  I further understood that, under 28 U.S.C. § 546(d) and the Court's order, I was appointed to serve until the vacancy in the office is filled.  I understood that the vacancy would be filled when a United States Attorney for the district was appointed by the President with the advice and consent of the Senate.  To my knowledge, as of the date of this declaration, the President has not nominated any person to the Senate to fill the office of United States Attorney for the Western District of Washington, and no person has been confirmed by the Senate to that office.

17.     The United States Attorney is responsible for, among other things, prosecuting offenses against the United States, prosecuting and defending civil actions in which the United States is concerned, and overseeing the work of the United States Attorney's Office in this district.  I accepted the Court's appointment and took the oath of office with the intention of faithfully carrying out the full duties of United States Attorney in this district.

18.     Based on my prior service as an Assistant United States Attorney and King County Deputy Prosecuting Attorney, I understand the importance of the role of the United States Attorney to the fair and effective administration of justice in the district.  The United States Attorney provides the lawful authority and leadership necessary to make charging decisions, direct criminal prosecutions, represent the United States in civil matters, and coordinate with federal, state, and local law enforcement agencies.  The Office's work depends on clear lines of authority and accountability, particularly in matters involving public safety, national security, tribal policy, and the enforcement of federal law.  Based on my experience, I believe that the absence of a duly authorized United States Attorney, or uncertainty regarding who holds that authority, can significantly impair the Office's ability to function effectively, create confusion among law enforcement partners and court personnel, and risk disruption to ongoing investigations and litigation.

**Removal**

19.     After I was sworn in, I walked to the lobby of the United States Attorney's Office on the fifth floor of the courthouse around 8:30 a.m.  I told the receptionist that I was the new United States Attorney, and I asked to speak to the Administrative Officer, Tonya Montesano.  I also told the receptionist that I needed to speak with Charles Neil Floyd, the First Assistant United States Attorney for the Western District of Washington.

20.     While I was waiting, I received an email at 8:34 a.m. from Morgan DeWitt Snow, Deputy Director of Presidential Personnel.  Ms. DeWitt's email stated: "The President of the United States has directed that I inform you that, pursuant to his authority under 28 U.S.C. 541(c) and Article II of the Constitution, you are hereby removed from the office of the United States Attorney for the Western District of Washington."  Attached as **Exhibit 5** is a true and correct copy of Ms. DeWitt's email.

21.     Later that evening, Acting Attorney General Todd Blanche posted on X that I had been fired by the President.  Attached as **Exhibit 6** and pictured below is a true and correct copy of Mr. Blanche's post.



**Acting AG Todd Blanche** ✔ Ⓖ
@DAGToddBlanche                                          •••

District court judges can appoint a temporary U.S. Attorney, and POTUS can fire them. WDWA judges abandoned the time-honored process of consultation with the administration so that the selected U.S. Attorney is qualified to serve in the administration.

Roger Rogoff has been fired by the President.

9:11 PM · Jul 15, 2026 · **349.6K** Views

22.     I did not resign from the office of United States Attorney for the Western District of Washington.

23.     I have not been replaced by a presidentially nominated and Senate-confirmed United States Attorney for the Western District of Washington.

DECLARATION OF ROGER ROGOFF                 -5-              MUNGER, TOLLES & OLSON LLP
Case No. 2:26-cv-02566                                                   350 South Grand Avenue
                                                                    Los Angeles, California 90071-3426
                                                                              (213) 683-9100

24. I did not receive any judicial order vacating or rescinding my appointment. To my knowledge, the District Court has not issued any such order.

25. In my role as United States Attorney, I have not completed more than one year of continuous service in the same or similar position. I am also not under an initial appointment pending conversion to the competitive service.

### Inability to Fulfill Duties

26. As a result of Defendants' actions, I have been prevented from functioning as the United States Attorney for the Western District of Washington.

27. Because of Defendants' conduct, I have been unable to exercise the authority and fulfill the obligations of the office to which I was lawfully appointed. That inability has caused and continues to cause me concrete and irreparable harm. I accepted the Court's appointment in order to serve as the lawful United States Attorney for this district, and Defendants' conduct has deprived me of the ability to perform the responsibilities of that office.

28. Defendants' conduct has also created uncertainty and confusion regarding who lawfully holds the office of United States Attorney for the Western District of Washington. That uncertainty threatens serious disruption to the administration of justice in this district because the Office's work depends on clear and lawful leadership. This uncertainty also creates a substantial risk of challenges to the validity of actions taken by the United States Attorney's Office, including threatening harm to criminal prosecutions, civil cases, grand-jury matters, charging decisions, and other functions of the Office.

29. If Defendants' removal of me is allowed to stand, I will continue to be prevented from serving in the office to which the Court appointed me until the vacancy is lawfully filled by a presidentially appointed and Senate-confirmed United States Attorney.

//

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of July, 2026, at Seattle, Washington.

_____
Roger Rogoff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

I further certify that a copy of the foregoing will be hand delivered as follows:

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants, the Acting Attorney General of the United States, and to the Department of Justice by Certified Mail:

DONALD J. TRUMP, in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW
Washington, DC 20500

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States
950 Pennsylvania Avenue NW, Washington, DC 20530

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW, Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 21st day of July, 2026.

_____/s/ Taylor Yates_____

DECLARATION OF ROGER ROGOFF
Case No. 2:26-cv-02566

-8-

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
(213) 683-9100