# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: THE POSSIBLE APPOINTMENT OF A UNITED STATES ATTORNEY PURSUANT TO 28 U.S.C. § 546(d) | ORDER |

Effective October 6, 2025, the Attorney General issued an order appointing Charles Neil Floyd under 28 U.S.C. § 546(a) to serve as the interim United States Attorney for the Western District of Washington. Under Section 546(c), an interim United States Attorney may not serve in that position beyond the earlier of (1) the appointment by the President, with the advice and consent of the Senate, of a United States Attorney for the District or (2) 120 days after the interim United States Attorney's appointment by the Attorney General. On February 3, 2026, Mr. Floyd will have served as the interim United States Attorney for the Western District of Washington pursuant to the Attorney General's order for 120 days.

The President has not nominated a person to be considered by the Senate to serve as the United States Attorney for the Western District of Washington. Under Section 546(d), if a United

ORDER - 1

States Attorney for the District is not nominated by the President and confirmed by the Senate by February 3, 2026, the Court "may appoint a United States attorney to serve until the vacancy is filled." Accordingly, in the event the President does not appoint, with the advice and consent of the Senate, a United States Attorney for the Western District of Washington before February 3, 2026, the Court intends to appoint a United States Attorney under Section 546(d) to serve until the vacancy is filled pursuant to Section 541(a).

Accordingly, it is HEREBY ORDERED that if a person wishes to be considered for appointment by the Court under Section 546(d) as the United States Attorney for the Western District of Washington, that person shall submit to the Clerk of the Court their interest in the position as directed on the Court's website. Preference will be given to candidates whose materials are received on or before March 16, 2026; however, this position will remain open until filled.

Dated this 14th day of January, 2026.

David G. Estudillo
Chief United States District Judge

ORDER - 2

# Appointment of a United States Attorney Pursuant to 28 U.S.C. § 546(d)

*Wednesday, January 14, 2026*

Please see the attached Order regarding the Court's intent to appoint a United States Attorney pursuant to 28 U.S.C. § 546(d) in the event the President does not appoint, with the advice and consent of the Senate, a United States Attorney for the Western District of Washington before February 3, 2026.

Any attorney wishing to be considered for appointment by the Court must submit the following to the Clerk of Court. Preference will be given to applications received on or before March 16, 2026; however, this position will remain open until filled.

1. A cover letter explaining their interest in the position of United States Attorney and highlighting their relevant qualifications for the role; and
2. A resume (up to four pages).

Submissions should be sent to:

> Joshua C. Lewis
> District Court Executive/Clerk of Court
> United States District Court
> Western District of Washington
> 700 Stewart Street, Room 2310
> Seattle, WA  98101
>
>     -or-
>
> Via email to: ClerkofCourt@wawd.uscourts.gov

Those applicants invited to interview will be asked for further background information, including but not limited to: published writings and public statements, significant litigated matters, and any lobbying activities or conflicts.

The Court will keep all submissions confidential and will not disclose the identity of anyone expressing an interest in the position without first seeking permission from the applicant.