# Exhibit 5

**From:** "DeWitt-Snow, Morgan EOP/WHO" <███████████████████>
**Date:** July 15, 2026 at 8:34:27 AM PDT
**To:** Roger Rogoff <████████████████>
**Subject: Message from the President**

Dear Mr. Roger Rogoff,

The President of the United States has directed that I inform you that, pursuant to his authority under 28 U.S.C. 541(c) and Article II of the Constitution, you are hereby removed from the office of the United States Attorney for the Western District of Washington.

Morgan DeWitt Snow
Deputy Director of Presidential Personnel
Executive Office of the President
Cell: ███████  (no text)