# Exhibit 6

← Post

**Acting AG Todd Blanche** ✓ ☺
@DAGToddBlanche

District court judges can appoint a temporary U.S. Attorney, and POTUS can fire them. WDWA judges abandoned the time-honored process of consultation with the administration so that the selected U.S. Attorney is qualified to serve in the administration.

Roger Rogoff has been fired by the President.

9:11 PM · Jul 15, 2026 · **360.3K** Views

💬 1.8K          ⟲ 2.4K          ♡ 13K          🔖 189          ⬆

💬 Read 1.8K replies

New to X?

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**


**Acting AG Todd Blanche**
@DAGToddBlanche          Follow

Terms · Privacy · Cookies · Accessibility · US TIDA ·
Ads Info · More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up

Document title: Acting AG Todd Blanche on X: "District court judges can appoint a temporary U.S. Attorney, and POTUS can fire them. WDWA judges abandoned the…
Capture URL: https://x.com/DAGToddBlanche/status/2077501246294929627
Capture timestamp (UTC): Thu, 16 Jul 2026 20:10:54 GMT                                                                    Page 1 of 1

**PageVault**

| | |
|---|---|
| Document title: | Acting AG Todd Blanche on X: "District court judges can appoint a temporary U.S. Attorney, and POTUS can fire them. WDWA judges abandoned the time-honored process of consultation with the administration so that the selected U.S. Attorney is qualified to serve in the administration. Roger Rogoff has been" / X |
| Capture URL: | https://x.com/DAGToddBlanche/status/2077501246294929627 |
| Page loaded at (UTC): | Thu, 16 Jul 2026 20:10:52 GMT |
| Capture timestamp (UTC): | Thu, 16 Jul 2026 20:10:54 GMT |
| Capture tool: | 11.2.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.1 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | wCoEL8ZU4ztjFpVrp8VDNj |
| Display Name: | noelle.smith |

PDF REFERENCE #:    89qQBXxnedJrEGnQKXWcdD