**In the United States District Court for the Western District of Washington at Seattle**

| Plaintiff / Petitioner:<br>Roger Rogoff | Case No:<br>2:26-cv-02566 |
|---|---|
| Defendant / Respondent:<br>Donald J. Trump, in his official capacity as President of the United States;<br>Executive Office of the President; Todd Blanche, in his official capacity as<br>Acting Attorney General of the United States; and U.S. Department of Justice | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Wed, Jul 22 2026 at 02:24 PM, at the address of 700 Stewart Street Suite 5220, within Seattle, WA 98101, the undersigned duly served the following documents: Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Summons to Todd Blanche, Summons to US Department of Justice, Summons to Executive Office of the President, Summons to Donald J. Trump, Application to Appear Pro Hac Vice for Shannon Aminirad, Application to Appear Pro Hac Vice for Hailyn Chen, Application to Appear Pro Hac Vice for Victoria A. Degtyareva, Application to Appear Pro Hac Vice for Connor Hoge, Application to Appear Pro Hac Vice for Cynthia Long, Application to Appear Pro Hac Vice for Donald B. Verrilli, Jr., Motion for Preliminary Injunction, Proposed Order regarding Motion for Preliminary Injunction, Declaration of Hailyn J. Chen with Exhibits, Declaration of Noelle Smith with Exhibits, Declaration of Roger Rogoff with Exhibits in the above entitled action upon United States Attorney's Office, by then and there, at the usual place of business of said organization, personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with Meriam Almosara, HR Specialist.

**Description:**
Age: 50    Ethnicity: Asian American    Gender: Female    Weight: 160lbs    Height: 5'8"    Hair: Black

**I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.**

Signed on the **22 day of July, 2026** at **Seattle, WA** .

Margot Bryn
Process License #2521065
Seattle Messenger Cooperative
1522 Western Ave
Seattle, WA 98101
206-250-6349