Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER ROGOFF,

                    Plaintiff,

       v.

DONALD TRUMP in his official capacity as
President of the United States; EXECUTIVE
OFFICE OF THE PRESIDENT; TODD
BLANCHE, in his official capacity as Acting
Attorney General of the United States; and
UNITED STATES DEPARTMENT OF
JUSTICE,

                    Defendants.

CASE NO.  2:26-cv-02566-SAB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the attorney of record listed below:

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: brian.kipnis@usdoj.gov

NOTICE OF APPEARANCE - 1
(Case No. 2:26-cv-02566-SAB)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

hereby enters the appearance of Defendants Donald Trump in his official capacity as President of the United States, the Executive Office of the President; Todd Blanche, in his official capacity as Acting Attorney General of the United States, and the United States Department of Justice, in the above-captioned lawsuit, without waiving objection to, *inter alia*, service, venue, or jurisdiction.

You are hereby notified that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon Defendants by properly serving the above-named attorney in accordance with the Federal Rules of Civil Procedure.

DATED this 28th day of July 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

NOTICE OF APPEARANCE - 2
(Case No. 2:26-cv-02566-SAB)