# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ROGER ROGOFF,

                Plaintiff,

          v.

DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,

                Defendants.

No. 2:26-cv-02566-SAB

**ORDER GRANTING REASSIGNMENT BY NINTH CIRCUIT ORDER [PROPOSED]**

The Court, having considered Defendants' Suggestion of Reassignment by Ninth Circuit Order and, in the Alternative, of Recusal, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that Defendants' Suggestion of Reassignment by Ninth Circuit Order and, in the Alternative, of

ORDER GRANTING REASSIGNMENT BY NINTH CIRCUIT ORDER [PROPOSED]
[*Rogoff v. Trump, et al.*, No. 2:26-cv-02566-SAB] - 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L St. NW**
**Washington, DC 20530**
**Tel: 202-305-0845**

Recusal is granted and the case will be referred to the Chief Judge of the U.S. Court of Appeals for the Ninth Circuit for a reassignment decision independent of any recused or regular visiting judge in this judicial district.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Brian C. Kipnis*
BRIAN KIPNIS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: (206) 553-7970
brian.kipnis@usdoj.gov

*Attorney for Defendants*

ORDER GRANTING REASSIGNMENT BY NINTH CIRCUIT ORDER [PROPOSED]
[*Rogoff v. Trump, et al.*, No. 2:26-cv-02566-SAB] - 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L St. NW**
**Washington, DC 20530**
**Tel: 202-305-0845**