THE HONORABLE STANLEY A. BASTIAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ROGER ROGOFF,

        Plaintiff,

    vs.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,

        Defendants.

Civil Action No. 2:26-cv-02566-SAB

**PLAINTIFF ROGER ROGOFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' SUGGESTION OF REASSIGNMENT BY NINTH CIRCUIT ORDER AND, IN THE ALTERNATIVE, OF RECUSAL**

Noted for Consideration:
August 18, 2026

PL.'S STATEMENT OF NON-OPPOSITION TO DEFS.' SUGGESTION OF REASSIGNMENT OR RECUSAL
Case No. 2:26-cv-02566-SAB

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

Plaintiff Roger Rogoff respectfully submits this Statement of Non-Opposition to Defendants' Suggestion of Reassignment by Ninth Circuit Order and, in the Alternative, of Recusal.

Plaintiff does not take any position on the appropriate administrative mechanism for reassignment.  Once a judge recuses, he "simply steps aside and allows the normal administrative processes of the court to assign the case to another judge not disqualified." *United States v. Will*, 449 U.S. 200, 212 (1980).  Plaintiff therefore defers to the Court's determination as to whether reassignment should have proceeded through the District's normal reassignment procedures or instead by referral to the Chief Judge of the Ninth Circuit.

Plaintiff also takes no position on whether recusal is appropriate under 28 U.S.C. § 455(a).  Unless "the hypothesis of partiality is so compelling that the judge has no real choice but to recuse [himself]," whether or not to recuse under § 455(a) is generally a decision "in which the district judge's discretion holds sway." *Elkharwily v. First Interstate Bank*, 2025 WL 1509146, at *2 (E.D. Wash. May 27, 2025) (quoting *In re United States*, 158 F.2d 26, 31 (1st Cir. 1998)).  The inquiry under "§ 455(a) is necessarily fact-driven and may turn on subtleties in the particular case," so the analysis "must be guided, not by comparison to similar situations addressed by prior jurisprudence, but rather by an independent examination of the unique facts and circumstances of the particular claim at issue." *United States v. Holland*, 519 F.3d 909, 913 (9th Cir. 2008) (quoting *United States v. Bremers*, 195 F.3d 221, 226 (5th Cir. 1999)).  Accordingly, Plaintiff defers to the Court's judgment on Defendants' suggestion.

## Certification of Word Count

I certify that this memorandum contains 269 words, in compliance with the Local Civil Rules.

PL.'S STATEMENT OF NON-OPPOSITION TO
DEFS.' SUGGESTION OF REASSIGNMENT OR
RECUSAL                                          -1-
Case No. 2:26-cv-02566-SAB

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

DATED this 30th day of July, 2026.                     HKM EMPLOYMENT ATTORNEYS LLP


                                                            */s/ Jason A. Rittereiser*
                                                       Jason A. Rittereiser, WSBA No. 43628

                                                            */s/ Daniel Kalish*
                                                       Daniel Kalish, WSBA No. 35815
                                                       600 Stewart Street, Suite 901
                                                       Seattle, Washington 98101
                                                       Telephone: (206) 838-2504
                                                       jrittereiser@hkm.com
                                                       dkalish@hkm.com

                                                       Attorneys for Plaintiff Roger Rogoff

DATED this 30th day of July, 2026.        MUNGER, TOLLES & OLSON LLP


_/s/ Hailyn J. Chen_
Hailyn J. Chen, CA Bar No. 237436
(_admitted pro hac vice_)

_/s/ Victoria A. Degtyareva_
Victoria A. Degtyareva, CA Bar No. 284199
(_admitted pro hac vice_)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
hailyn.chen@mto.com
victoria.degtyareva@mto.com

_/s/ Donald B. Verrilli, Jr._
Donald B. Verrilli, Jr., D.C. Bar No. 420434
(_admitted pro hac vice_)

_/s/ Cynthia Long_
Cynthia Long, D.C. Bar No. 90018011
(_admitted pro hac vice_)
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 220-1100
donald.verrilli@mto.com
cynthia.long@mto.com

_/s/ Shannon Aminirad_
Shannon Aminirad, CA Bar No. 324780
(_admitted pro hac vice_)

_/s/ Connor Hoge_
Connor Hoge, CA Bar No. 349884
(_admitted pro hac vice_)
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
shannon.aminirad@mto.com
connor.hoge@mto.com

Attorneys for Plaintiff Roger Rogoff

---

PL.'S STATEMENT OF NON-OPPOSITION TO
DEFS.' SUGGESTION OF REASSIGNMENT OR
RECUSAL                                                    -3-
Case No. 2:26-cv-02566-SAB

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 30th day of July, 2026.

_/s/ Taylor Yates_
Taylor Yates, Practice Group Manager
HKM Employment Attorneys LLP

PL.'S STATEMENT OF NON-OPPOSITION TO
DEFS.' SUGGESTION OF REASSIGNMENT OR
RECUSAL          -4-
Case No. 2:26-cv-02566-SAB

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100