The Honorable Stanley A. Bastian

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>Defendants. | No. 2:26-cv-02566<br>**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE NEW CIVIL LIBERTIES ALLIANCE** |

Pursuant to Local Rule 7(o), the New Civil Liberties Alliance ("NCLA") respectfully moves this Court for leave to file a brief *amicus curiae* in support of Defendants' opposition to Plaintiff Roger Rogoff's Motion for Preliminary Injunction.

NCLA is a nonpartisan, nonprofit civil-rights organization and public-interest law firm devoted to defending constitutional freedoms from the administrative state's depredations. Professor Philip Hamburger founded NCLA to challenge multiple constitutional defects in the modern administrative state through original litigation, *amicus curiae* briefs, and other advocacy.

NCLA is particularly concerned with the restoration and preservation of the Constitution's Separation of Powers. Accordingly, it has filed *amicus curiae* briefs in important cases regarding incursions on the President's authority under the Separation of Powers, including, for example,



**MITCHELL LAW PLLC**
111 Congress Avenue, Suite 400
Austin, Texas 787101
Tel.: (512) 686-3940

*Trump v. Slaughter*, 146 S. Ct. 2283 (2026); *Collins v. Yellen*, 594 U.S. 220 (2021); and *United States v. Arthrex, Inc.*, 594 U.S. 1 (2021).

NCLA's proposed brief raises an important constitutional issue not addressed by the parties. If the Court does not conclude that the President may terminate a court-appointed U.S. Attorney at will—notwithstanding the text of Article II and *Trump v. Slaughter*, 146 S. Ct. 2283 (2026)—then the Court will have to reach a larger constitutional question: whether the Constitution's Appointments Clause and Separation of Powers allow district courts to appoint U.S. Attorneys at all. As NCLA's proposed *amicus* brief explains, the Appointments Clause and the Separation Powers both prohibit this.

Plaintiff and Defendants have stated to NCLA's counsel that they do not oppose submission of this brief. In accordance with Local Rule 7(o)(2), NCLA is attaching both the proposed brief and a proposed order.

DATED: August 17, 2026

Respectfully submitted,

/s/*Jonathan F. Mitchell*_____
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Tel.: (512) 686-3940
jonathan@mitchell.law

*Attorney for* Amicus Curiae
*The New Civil Liberties Alliance*

*I certify that this brief contains 275 words, in compliance with the Local Civil Rules.*