**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | No. 2:26-cv-02566<br><br>**[PROPOSED] ORDER GRANTING THE NEW CIVIL LIBERTIES ALLIANCE'S MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |

This matter comes before the Court on the unopposed Motion for Leave to File Brief *Amicus Curiae* of the New Civil Liberties Alliance ("NCLA"), filed in support of Defendants' opposition to Plaintiff Roger Rogoff's Motion for Preliminary Injunction. Having considered the motion and the record, and it appearing that Plaintiff and Defendants do not oppose the relief requested, the Court finds good cause to GRANT the motion.

IT IS HEREBY ORDERED that NCLA's Motion for Leave to File Brief *Amicus Curiae* is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to file NCLA's proposed *Brief of Amicus Curiae the New Civil Liberties Alliance in Opposition to Plaintiff's Motion for Preliminary Injunction*, submitted as an attachment to the motion, as a separate docket entry.


**MITCHELL LAW PLLC**
111 Congress Avenue, Suite 400
Austin, Texas 787101
Tel.: (512) 686-3940

**IT IS SO ORDERED.**

DATED this _____ day of ____________________, 2026.

_______________________________________
UNITED STATES DISTRICT JUDGE

Presented by:

/s/*Jonathan F. Mitchell*_____
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Tel.: (512) 686-3940
jonathan@mitchell.law

*Attorney for* Amicus Curiae
*The New Civil Liberties Alliance*