Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

**Roger Rogoff**,

Plaintiff,

v.

**Donald J. Trump**, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 2:26-cv-02566-SAB

**Notice of Appearance**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for amicus curiae New Civil Liberties Alliance.

Respectfully submitted.

/s/ Jonathan F. Mitchell

JONATHAN F. MITCHELL
Washington Bar No. 52483
Mitchell Law PLLC
111 Congress Avenue, Suite 400

Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Amicus Curiae*
*New Civil Liberties Alliance*

Dated: August 17, 2026

## CERTIFICATE OF SERVICE

I certify that on August 17, 2026, this document was served through the Court's CM/ECF document filing system upon all counsel of record in this case.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Amicus Curiae*
*New Civil Liberties Alliance*



MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940