UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROGER ROGOFF,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,

Defendants.

No. 2:26-CV-02566-SAB

**ORDER GRANTING MOTIONS FOR LEAVE TO FILE BRIEF AMICUS CURIAE**

Before the Court are the Former United States Attorneys' Unopposed Motion for Leave to File Brief as Amici Curiae, ECF No. 23, and Motion for Leave to File Brief *Amicus Curiae* of the New Civil Liberties Alliance, ECF No. 21. The motions were heard without oral argument. The Former United States Attorneys are represented by Abigail Frisch Vice, Diamond Brown, Norman Eisen, Stephen Jonas, David Burman, Harry Schneider, Jr., John Bailey, Jonathan Hawley, Kevin Hamilton, and Nicholas Crown. The New Civil Liberties Alliance

is represented by Jonathan Mitchell. Plaintiff is represented by Connor Hoge, Cynthia Long, Daniel Kalish, Donald B. Verrilli, Jr., Esthena Barlow, Hailyn J. Chen, Jason A. Rittereiser, Shannon G. Aminirad, and Victoria A. Degtyareva. Defendants are represented by Brian C. Kipnis.

The New Civil Liberties Alliance ("NCLA") and the Former United States Attorneys' move for leave to file a brief amicus curiae in response to Plaintiff's Motion for Preliminary Injunction. Good cause exists to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The New Civil Liberties Alliance's Motion for Leave to File Brief *Amicus Curiae* of the New Civil Liberties Alliance, ECF No. 21, is **GRANTED**.

2. The Former United States Attorneys' Unopposed Motion for Leave to File Brief as Amici Curiae, ECF No. 23, is **GRANTED**.

3. The Clerk of Court is directed to file the Proposed Briefs, ECF No. 21-1 and ECF No. 23-2 in the record.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 21st day of August 2026.



Stanly A. Bastian
U.S. District Judge