The Honorable Stanley A. Bastian

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ROGER ROGOFF,

Plaintiff,

vs.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,

Defendants.

Civil Action No. 2:26-cv-02566

**PLAINTIFF ROGER ROGOFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**



MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

Pursuant to Local Rule 7(n), Plaintiff Roger Rogoff provides this Notice of Supplemental Authority in support of his currently pending Motion for a Preliminary Injunction. ECF No. 8. Attached as Exhibit A to this Notice is *In re Grand Jury Subpoenas to the Office of the New York State Attorney General*, 2026 WL 2450485 (2d Cir. Aug. 21, 2026), a published opinion from the U.S. Court of Appeals for the Second Circuit issued on August 21, 2026.

DATED this 24th day of August, 2026.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jason A. Rittereiser*
Jason A. Rittereiser, WSBA No. 43628

*/s/ Daniel Kalish*
Daniel Kalish, WSBA No. 35815
600 Stewart Street, Suite 901
Seattle, Washington 98101
Telephone: (206) 838-2504
jrittereiser@hkm.com
dkalish@hkm.com

Attorneys for Plaintiff Roger Rogoff

DATED this 24th day of August, 2026.

MUNGER, TOLLES & OLSON LLP

*/s/ Hailyn J. Chen*
Hailyn J. Chen (*admitted pro hac vice)*

*/s/ Victoria A. Degtyareva*
Victoria A. Degtyareva (*admitted pro hac vice*)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
hailyn.chen@mto.com
victoria.degtyareva@mto.com

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (*admitted pro hac vice*)

*/s/ Esthena Barlow*
Esthena Barlow (*admitted pro hac vice*)

*/s/ Cynthia Long*
Cynthia Long (*admitted pro hac vice*)
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 220-1100
donald.verrilli@mto.com
esthena.barlow@mto.com
cynthia.long@mto.com

*/s/ Shannon Aminirad*
Shannon Aminirad (*admitted pro hac vice*)

*/s/ Connor Hoge*
Connor Hoge (*admitted pro hac vice*)
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
shannon.aminirad@mto.com
connor.hoge@mto.com

Attorneys for Plaintiff Roger Rogoff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

DATED this 24th day of August, 2026.

*/s/ Klarisse L. Heffner*
Klarisse L. Heffner, Paralegal