UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER ROGOFF,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br>Defendants. | No. 2:26-CV-02566-SAB<br><br>**ORDER SETTING HEARING ON PRELIMINARY INJUNCTION** |

On July 21, 2026, Plaintiff filed his Motion for Preliminary Injunction and requested oral argument. ECF No. 8. The Court finds oral argument is warranted.

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. A hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 8, is set for **September 22, 2026,** at **10:00 a.m**., in **Seattle**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and copies to counsel.

**DATED** this 31st day of August 2026.

Stanly A. Bastian
U.S. District Judge