The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER ROGOFF,

Plaintiff,

vs.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,

Defendants.

Civil Action No. 2:26-cv-02566

**PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

NOTE ON MOTION CALENDAR:

Wednesday, September 2, 2026

*Without Oral Argument*



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

## I. RELIEF REQUESTED

Plaintiff Roger Rogoff, by and through his undersigned counsel, respectfully moves the Court to continue the hearing on his Motion for a Preliminary Injunction, Dkt. No. 8, currently set for September 22, 2026, at 10:00 a.m., to a date convenient for the Court on or after September 29, 2026. Good cause supports this request.

## II. BACKGROUND

### A. Procedural History

On July 21, 2026, Plaintiff filed his Complaint for Declaratory and Injunctive Relief, challenging as unlawful the purported firing of Mr. Rogoff from his position as the court-appointed United States Attorney for the Western District of Washington. Dkt. No. 1. That same day, Plaintiff filed his Motion for a Preliminary Injunction and requested oral argument. Dkt. No. 8. Defendants filed their opposition on August 11, 2026. Dkt. No. 20, and Plaintiff filed his reply in support of the motion on August 18, 2026. Dkt. No. 30. On August 31, 2026, the Court entered an order finding that oral argument is warranted and setting a hearing on the motion for September 22, 2026, at 10:00 a.m., in Seattle, Washington. Dkt. No. 35.

On September 1, 2026, Plaintiff's counsel's office contacted this Court's Deputy Clerk via email, copying defense counsel, to advise that Plaintiff's counsel is unavailable on the hearing date as currently set, as well as several other dates surrounding the hearing date. Declaration of Jason A. Rittereiser ("Rittereiser Dec."), ¶ 3 and Ex. 1. In response, Plaintiff was instructed to file a motion without oral argument so that Plaintiff's request to move the hearing date was on the record. *Id.* Thereafter, Plaintiff sought approval from Defendant to file a stipulation requesting to move the hearing date. *Id.* Today, September 2, Plaintiff contacted Defendant again, providing Defendant with additional available dates on which to reset oral argument, and again requesting confirmation as to whether Defendant would stipulate to such a request. *Id.* Defendant responded that it was awaiting confirmation as to other people involved, and so it was unlikely that it could agree to a stipulation today. *Id.* Because Defendant has not yet



HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

been able to confirm its agreement to a stipulation, this Motion necessarily followed. Rittereiser Dec. ¶ 4.

**B. <u>Facts Supporting Continuance</u>**

Plaintiff's counsel has immovable conflicts for the week of September 21, 2026, including the currently-scheduled hearing date of September 22, 2026. Rittereiser Dec. ¶ 2. For this reason, Plaintiff respectfully requests that the Court continue the hearing to a date convenient for the Court on or after Tuesday, September 29, 2026. Plaintiff's preferred dates for oral argument would be either Wednesday, September 30 or Thursday, October 1, 2026, but Plaintiff can also be available September 29, October 2, and October 7-9, 2026. Rittereiser Dec. ¶ 2.

## III. ARGUMENT

An attorney is permitted to request "relief from a deadline due to a scheduling difficulty." LCR 83.2(c), citing LCR 7(j). Similarly, the Court may extend time where good cause exists. Fed. R. Civ. P. 6(b)(1). Here, Plaintiff's counsel seeks relief from the current preliminary injunction hearing date due to a scheduling difficulty. Good cause exists to continue the hearing date due to the immovability of Plaintiff's counsel's existing conflicts. *See* Rittereiser Dec. ¶ 2. Plaintiff respectfully requests the hearing date be moved by mere days, and has provided a list of options to this Court, and Defendant, for consideration, including September 29 & 30, October 1, 7, 8 & 9. *See also* Rittereiser Dec. ¶¶ 2-3 and Ex. 1.

## IV. CONCLUSION

Plaintiff's motion should be granted and the hearing date reset for a date on or after September 29, 2026.

### Certification of Word Count

I certify that this memorandum contains 593 words, in compliance with the Local Civil Rules.



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

DATED this 2nd day of September, 2026.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jason A. Rittereiser*

Jason A. Rittereiser, WSBA No. 43628
600 Stewart Street, Suite 901
Seattle, Washington 98101
Telephone: (206) 838-2504
jrittereiser@hkm.com

Attorney for Plaintiff Roger Rogoff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 2nd day of September, 2026 at Tacoma, Washington.

*/s/ Klarisse L. Heffner*
Klarisse L. Heffner, Paralegal



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504