The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 2:26-cv-02566<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>NOTE ON MOTION CALENDAR:<br><br>Wednesday, September 2, 2026<br><br>*Without Oral Argument* |

THIS MATTER, having come on regularly for hearing before the Court on Plaintiff's Motion to Continue Hearing on Motion for Preliminary Injunction, and the Court having considered the pleadings, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Motion to Continue Hearing on Motion for Preliminary Injunction is GRANTED. Oral argument is rescheduled from September 22, 2026 to __________________ , 2026.

Dated: this ___ day of __________, 2026.

______________________________
THE HONORABLE STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

**HKM EMPLOYMENT ATTORNEYS LLP**
Daniel Kalish, WSBA No. 35815
Jason A. Rittereiser, WSBA No. 43628
600 Stewart Street, Suite 901
Seattle, Washington 98101
Phone: (206) 838-2504
Email: dkalish@hkm.com
jrittereiser@hkm.com

**MUNGER, TOLLES & OLSON LLP**
Hailyn J. Chen (*admitted pro hac vice)*
Victoria A. Degtyareva (*admitted pro hac vice*)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Phone: (213) 683-9100
Email: hailyn.chen@mto.com
victoria.degtyareva@mto.com

Donald B. Verrilli, Jr. (*admitted pro hac vice*)
Esthena Barlow (*admitted pro hac vice*)
Cynthia Long (*admitted pro hac vice*)
601 Massachusetts Avenue NW
Washington, DC 20001
Phone: (202) 220-1100
Email: donald.verrilli@mto.com
esthena.barlow@mto.com
cynthia.long@mto.com

Shannon Aminirad (*admitted pro hac vice*)
Connor Hoge (*admitted pro hac vice*)
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Phone: (415) 512-4000
Email: shannon.aminirad@mto.com
connor.hoge@mto.com

*Attorneys for Plaintiff Roger Rogoff*