The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 2:26-cv-02566<br><br>**DECLARATION OF JASON A. RITTEREISER IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

I, Jason A. Rittereiser, hereby declare:

1. I am a managing partner in the law firm of HKM Employment Attorneys LLP and one of the counsel of record representing Plaintiff Roger Rogoff in the above-captioned matter. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify to them.

2. Plaintiff’s counsel has immovable conflicts Monday, September 21, 2026, through Friday, September 25, 2026. Therefore, Plaintiff’s counsel is unavailable on September 22, 2026, the date on which the Plaintiff’s Motion for Preliminary Injunction is currently set to be heard.



HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Plaintiff's counsel can be available for hearing on this motion as early as Tuesday, September 29, 2026. Plaintiff's counsel is also available September 30, October 1-2, and October 7-9, 2026, though Plaintiff's preferred dates on which to reset oral argument would be Wednesday, September 30 or Thursday, October 1, 2026.

3. On September 1, 2026, my office contacted Ruby Mendoza, this Court's Deputy Clerk via email, copying defense counsel, to advise that Plaintiff's counsel is unavailable on the hearing date as currently set (September 22, 2026), as well as several other dates surrounding the hearing date. Deputy Clerk Mendoza then instructed Plaintiff to file a motion so his request would be on the record, and that the motion need not be noted with oral argument. After receiving the Deputy Clerk's email, still on September 1, I emailed defense counsel to ask whether the government would stipulate to adjusting the date for oral argument. Today, (September 2), I emailed defense counsel again, providing additional dates, and indicating that we would file the motion today. Defense counsel responded that because other people are involved that he would need to hear from, it would be pretty unlikely that he would be able to agree to a stipulation today. A true and correct copy of this September 1-2, 2026 email chain with the Court and Defense Counsel is attached hereto as **Exhibit 1.**

4. Because Defendant was not able to confirm its agreement to a stipulation to move the hearing date as of today, Plaintiff filed his request to continue the hearing date as a motion, rather than a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 2nd day of September, 2026 at Seattle, Washington.

*/s/ Jason A. Rittereiser*
Jason A. Rittereiser, WSBA No. 43628
**HKM EMPLOYMENT ATTORNEYS LLP**



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2026, I filed the foregoing document with the clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 2nd day of September, 2026 at Tacoma, Washington.

*/s/ Klarisse L. Heffner*
Klarisse L. Heffner, Paralegal



**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

# EXHIBIT 1

**From:** Kipnis, Brian (USAWAW)
**To:** Rittereiser, Jason; Chen, Hailyn
**Cc:** Heffner, Klarisse
**Subject:** RE: Case No. 2:26-cv-02566-SAB | Rogoff v. Trump et al
**Date:** Wednesday, September 2, 2026 11:31:10 AM
**Attachments:** image002.png

---

Hello Jason. In terms of a stipulation, there are other people involved that I need to hear from, so it is pretty unlikely that I will be able to agree to one today.

Brian

Brian C. Kipnis
Assistant United States Attorney
Chief, Civil Division
5200 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271
(206) 553-7970
brian.kipnis@usdoj.gov

---

**From:** Rittereiser, Jason
**Sent:** Wednesday, September 2, 2026 8:19 AM
**To:** Kipnis, Brian (USAWAW) ; Chen, Hailyn
**Cc:** Heffner, Klarisse
**Subject:** [EXTERNAL] Re: Case No. 2:26-cv-02566-SAB | Rogoff v. Trump et al

Brian - we intend to expand the requested available dates for oral argument as follows:

Wednesday, September 30
Thursday, October 1
Wednesday, October 7
Thursday, October 8
Friday, October 9

We will file the motion today. Please confirm whether the government will stipulate.

Thanks,

Jason

206-826-5358
jrittereiser@hkm.com
www.hkm.com

JasonRittereiser
Managing Partner - Bellevue | Portland | Bozeman

600 Stewart Street, Suite 901
Seattle,WA 98101

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC | Fort Collins
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York | Oakland | Paterson
Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Rittereiser, Jason <jrittereiser@hkm.com>
**Sent:** Tuesday, 01 September 2026 21:27:55
**To:** Brian.Kipnis@usdoj.gov <Brian.Kipnis@usdoj.gov>; Chen, Hailyn <hailyn.chen@mto.com>
**Cc:** Heffner, Klarisse <kheffner@hkm.com>
**Subject:** Fw: Case No. 2:26-cv-02566-SAB | Rogoff v. Trump et al

Brian,

Will the government stipulate to adjusting the date for oral argument in accordance with our request below?

Thanks,

Jason

206-826-5358
jrittereiser@hkm.com
www.hkm.com

JasonRittereiser
Managing Partner - Bellevue | Portland | Bozeman

600 Stewart Street, Suite 901
Seattle,WA 98101

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC | Fort Collins Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York | Oakland | Paterson Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Ruby Mendoza <Ruby_Mendoza@waed.uscourts.gov>
**Sent:** Tuesday, September 1, 2026 4:58 PM
**To:** Heffner, Klarisse <kheffner@hkm.com>
**Cc:** Brian.Kipnis@usdoj.gov <Brian.Kipnis@usdoj.gov>; donald.verrilli@mto.com <donald.verrilli@mto.com>; shannon.aminirad@mto.com <shannon.aminirad@mto.com>; sharlean.perez@mto.com <sharlean.perez@mto.com>; victoria.degtyareva@mto.com <victoria.degtyareva@mto.com>; connor.hoge@mto.com <connor.hoge@mto.com>; cynthia.long@mto.com <cynthia.long@mto.com>; esthena.barlow@mto.com <esthena.barlow@mto.com>; Chen, Hailyn <hailyn.chen@mto.com>; Rittereiser, Jason <jrittereiser@hkm.com>; Kalish, Daniel <dkalish@hkm.com>
**Subject:** RE: Case No. 2:26-cv-02566-SAB | Rogoff v. Trump et al

Good afternoon Ms. Heffner,

Thank you for the information, please file a motion so your request is on the record. The motion may

be set without oral argument.

---

**From:** Heffner, Klarisse <kheffner@hkm.com>
**Sent:** Tuesday, September 1, 2026 3:44 PM
**To:** Ruby Mendoza <Ruby_Mendoza@waed.uscourts.gov>
**Cc:** Brian.Kipnis@usdoj.gov; donald.verrilli@mto.com; shannon.aminirad@mto.com; sharlean.perez@mto.com; victoria.degtyareva@mto.com; connor.hoge@mto.com; cynthia.long@mto.com; esthena.barlow@mto.com; Chen, Hailyn <hailyn.chen@mto.com>; Rittereiser, Jason <jrittereiser@hkm.com>; Kalish, Daniel <dkalish@hkm.com>
**Subject:** Case No. 2:26-cv-02566-SAB | Rogoff v. Trump et al
**CAUTION - EXTERNAL:**

Dear Deputy Clerk Mendoza,
Plaintiff's counsel is unfortunately not available on the date the Court set oral argument in this matter and are unavailable Monday, September 21 through Friday, September 25. We are available the following week between Tuesday, September 29 to Friday, October 2 with a preference for oral argument on either Wednesday, September 30 or Thursday, October 1.
Best Regards,

206-826-5369
kheffner@hkm.com
www.hkm.com

KlarisseHeffner
Senior Paralegal

600 Stewart Street, Suite 901
Seattle,WA 98101

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC | Fort Collins Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York | Oakland | Paterson Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.