UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER ROGOFF,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br>Defendants. | No. 2:26-CV-02566-SAB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE** |

Before the Court is Plaintiff's Motion to Continue Hearing on Motion for Preliminary Injunction, ECF No. 36. The motion was heard without oral argument.

Plaintiff indicated that counsel is unavailable for the September 22, 2026 hearing. After conferring, the parties notified the Court that October 1, 2026 as the hearing date works for all parties involved.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Continue Hearing on Motion for Preliminary

Injunction, ECF No. 36, is **GRANTED**.

2. The September 22, 2026 hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 8, is **continued** to **October 1, 2026,** at **10:00 a.m.**, in **Seattle**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and copies to counsel.

**DATED** this 8th day of September 2026.

Stanly A. Bastian
U.S. District Judge