Form D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ROGER ROGOFF, Plaintiff

v.

DONALD J TRUMP, Defendant

Case No: 2:26−cv−02566−SAB

)

)

)

NOTIFICATION OF REQUEST FOR VIDEO RECORDING

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts for the Ninth Circuit (see www.wawd.uscourts.gov/attorneys/cameras−in−the−courtroom).

Description of Proceeding: Motion for Preliminary Injunction

Date and time of scheduled proceeding: 10/1/2026 at 10:00 AM

To object to video recording of this proceeding, complete the attached form, PARTY OBJECTION TO REQUEST FOR VIDEO RECORDING, and return it to the court before September 17, 2026.

September 10, 2026
Date

/s/ Eric Smits
Deputy Clerk

Form E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ROGER ROGOFF, Plaintiff

v.

DONALD J TRUMP, Defendant

Case No: 2:26−cv−02566−SAB

)

)

)

PARTY OBJECTION TO REQUEST FOR VIDEO RECORDING

A request has been made for the following proceeding to be video recorded, under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts for the Ninth Circuit (available at www.wawd.uscourts.gov/attorneys/cameras−in−the−courtroom).

Description of Proceeding: Motion for Preliminary Injunction

Date of scheduled proceeding: 10/1/2026

Check the appropriate boxe(es) below and on the next page to indicate whether you object to the recording of some or all of this proceeding:

[ ] I object to the recording of some, but not all, of this entire proceeding.

- Explain the specific parts of the proceeding for which you do not consent to recording, and your reasons:

| Part of Proceeding | Reason Not to Video Record |
|---|---|
| ____________________ | ____________________________________ |
| ____________________ | ____________________________________ |
| ____________________ | ____________________________________ |

[ ] I object to the recording of the following witnesses:

- Name the specific witnesses for whom you do not consent to recording, and explain your reasons:

| Witness Name | Reason Not to Video Record |
|---|---|
| ____________________ | ____________________________________ |
| ____________________ | ____________________________________ |
| ____________________ | ____________________________________ |

[ ] I object to the recording of any of this proceeding.

- Explain your reasons:

________________________________________________________

________________________________________________________

________________________________________________________

I submit and sign this form on behalf of the party I represent and the witnesses I may call.

Signature: ____________________________________

Name (please print): ____________________________________

Position (e.g., attorney of record): ____________________________________

Date: ____________________

After completing this form, please e−mail it to eric_smits@wawd.uscourts.gov.

**Do NOT file this form electronically with the Court.**