Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER ROGOFF,

Plaintiff,

v.

DONALD TRUMP in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

CASE NO. 2:26-cv-02566-SAB

**DEFENDANTS' UNOPPOSED REQUEST FOR ORDER TAKING JUDICIAL NOTICE**

(Note on Motion Calendar for
For September 28, 2026)

## INTRODUCTION

In support of their response to Plaintiff's pending Motion for a Preliminary Injunction and in anticipation of the October 1, 2026 hearing on that motion, Defendants request that the Court take Judicial Notice pursuant to Rule 201, Fed. R. Evid., of the following facts that can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned.

The facts are as follows: (1) on September 14, 2026, the President nominated Simon Peter Serrano to the position of United States Attorney for the Western District of Washington; and (2) on September 25, 2026, the President signed a memorandum titled "Memorandum for Charles Neil Floyd."

The first fact may accurately and readily be determined from Exhibit A to this request for judicial notice, a webpage capture from the official White House website, dated September 17, 2026, and reflecting nominations forwarded by the President to the U.S. Senate.[1] The second fact may be accurately and readily obtained from Exhibit B, a true and correct copy of a memorandum on official White House stationary dated September 25, 2026, and reflecting the signature of the President.

Plaintiff does not oppose this request that the Court take judicial notice of these facts.

**ARGUMENT**

I. THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE REQUSTED FACTS

Pursuant to Rule 201(c)(2) Federal Rules of Evidence, the Court is required to take judicial notice if a party requests it and the Court is supplied with the necessary information. This request is appropriately made under Rule 201, Fed. R. Evid. The facts in question are clearly adjudicative facts. *See* 21B *Fed. Prac. & Proc. Evid.* § 5103.1 (2d ed.) at n. 2 (citing Advisory Committee Note). And as the facts in question are official acts of the President, appropriately documented by the exhibits to this motion, they are "not subject to reasonable dispute" because they can be "accurately and readily determined" from the exhibits, which constitute "sources whose accuracy cannot reasonably be questioned." Rule 201(b)(2) Fed. R. Evid. As such, the Court "must take judicial notice" of these facts. Rule 201(c)(2) Fed. R. Evid.

///

///

///

///

///

///

///

///

///

---

1 https://www.whitehouse.gov/presidential-actions/2026/09/nominations-sent-to-the-senate-9fc3/ (captured on September 28, 2026)

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that their unopposed motion to take judicial notice be granted.

DATED: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Director, Federal Programs Branch

JEREMY S.B. NEWMAN
Chief Litigation Counsel, Federal Programs Branch

JOSHUA S. HA
Counsel to the Assistant Attorney General

*/s/Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: (206) 553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 379 words, in compliance with the Local Civil Rules.*