Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CASE NO. 2:26-cv-02566-SAB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR ORDER TAKING JUDICIAL NOTICE**<br><br>(Proposed) |

The Cout having considered Defendants' Unopposed Motion for an Order Taking Judicial Notice of certain facts, and being fully advised in the matter,

HEREBY ORDERS, that the motion is granted and the Court will take judicial notice of the following facts:

(1) On September 14, 2026, the President nominated Simon Peter Serrano to the position of United States Attorney for the Western District of Washington; and

///

///

///

(2) On September 25, 2026, the President signed a memorandum titled "Memorandum for Charles Neil Floyd."

DATED: _______________, 2026.

_________________________
STANLEY A. BASTIAN
United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney