# Exhibit A

PRESIDENTIAL ACTIONS

Nominations & Appointments

September 14, 2026

NOMINATIONS SENT TO THE SENATE:

Samuel D. Adkisson, of Tennessee, to be United States District Judge for the Eastern District of Tennessee.

Philip Axt, of North Dakota, to be United States District Judge for the District of North Dakota.

Daniel Lewis Ballou, of Kentucky, to be United States District Judge for the Eastern District of Kentucky.

Richard Wesley Bennett, of Texas, to be United States District Judge for the Southern District of Texas.

Courtney Leigh Coker, of Texas, to be United States District Judge for the Northern District of Texas.

Bradford J. Kelley, of Louisiana, to be United States District Judge for the Eastern District of Louisiana.

Robert E. Long, Jr., of Florida, to be United States District Judge for the Middle District of Florida.

Peter M. Mansfield, of Louisiana, to be United States District Judge for the Eastern District of Louisiana.

Claire McCusker Murray, of Maryland, to be a Member of the United States Sentencing Commission for a term expiring October 31, 2031. (Reappointment)

Jesus A. Osete, of Missouri, to be United States District Judge for the Western District of Missouri.

Trevor Scott Pemberton, of Oklahoma, to be United States District Judge fo t of Oklahoma.

James Lewis Quinn, of Virginia, to be a Judge of the United States Court of Appeals for Veterans Claims for the term of fifteen years.

Kyle Frederick Reardon, of Alaska, to be United States District Judge for the District of Alaska.

Luis Felipe Restrepo, of Pennsylvania, to be a Member of the United States Sentencing Commission for a term expiring October 31, 2031. (Reappointment)

Lee Philip Rudofsky, of Arkansas, to be United States Circuit Judge for the Eighth Circuit.

Zachary Paul West, of Oklahoma, to be United States District Judge for the Eastern District of Oklahoma.

Christopher Abbott, of Virginia, to be an Assistant Secretary of Commerce.

Richard Breckenridge, of New Hampshire, to be an Assistant Secretary of the Navy.

Francis Browne, of the District of Columbia, to be an Under Secretary of the Treasury.

Hung Cao, of Virginia, to be Secretary of the Navy.

Catherine Eschbach, of Texas, to be General Counsel of the Equal Employment Opportunity Commission for a term of four years.

Kimberly Greenwood, of Tennessee, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to Barbados, and to serve concurrently and without additional compensation as Ambassador Extraordinary and Plenipotentiary of the United States of America to the Federation of Saint Kitts and Nevis, Saint Lucia, Antigua and Barbuda, the Commonwealth of Dominica, Grenada, and Saint Vincent and the Grenadines.

Austin Holmes, of Florida, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to the Republic of Haiti.

Elliott Hulse, of California, to be Chief Executive Officer, Millennium Challenge Corporation.

Wesley Hunt, of Texas, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to the Kingdom of Saudi Arabia.

Stephen Husk, of Virginia, to be a Commissioner of the United States Parole Commission for a term of six years.

Christopher Walter Inabinett, of Alabama, to be United States Marshal for the Middle District of Alabama for the term of four years.

Matthew Jones, of Virginia, to be an Assistant Secretary of Housing and Urban Development.

Devin Kennington, of California, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to the Federal Republic of Somalia.

Samuel King Lee, of Tennessee, to be United States Attorney for the Eastern District of Tennessee for the term of four years.

Jane Lynch, of North Carolina, to be Ambassador at Large for International Religious Freedom.

Junaid Munir, of Michigan, a Career Member of the Senior Foreign Service, Class of Minister-Counselor, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to the Republic of Djibouti.

Heidi Overton, of New Mexico, to be Commissioner of Food and Drugs, Department of Health and Human Services.

Asa Pitt, of the District of Columbia, to be United States Representative to the Organization for the Prohibition of Chemical Weapons, with the rank of Ambassador.

Simon Peter Serrano, of Washington, to be United States Attorney for the Western District of Washington for the term of four years.

Joshua Shoemaker, of Virginia, to be Chief Financial Officer, National Aeronautics and Space Administration.

Robert Stebbins, of New York, to be General Counsel for the Department of the Treasury.

William Toti, of Florida, to be Under Secretary of the Navy.

Anny Vu, of California, a Career Member of the Senior Foreign Service, Class of Counselor, to be an Assistant Secretary of State (Emerging Threats).

Paul Watzlavick, of Texas, a Career Member of the Senior Foreign Service, Class of Counselor, to be Ambassador Extraordinary and Plenipotentiary of the United States of America to the Republic of Suriname.

Jeremy Wiggins, of the District of Columbia, to be an Assistant Secretary of the Treasury.

Related

Nominations and Withdrawal Sent to the Senate

Presidential Actions, Nominations & Appointments | June 1, 2026

Nominations Sent to the Senate

Presidential Actions, Nominations & Appointments | January 13, 2026

Nominations Sent to the Senate

Presidential Actions | March 11, 2025

Nominations Sent to the Senate

Presidential Actions, Nominations & Appointments | August 7, 2026

Nomination Sent to the Senate

Presidential Actions, Nominations & Appointments | October 21, 2025


WHWIRE
GET THE FACTS →

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store

Get It On Google Play

AVAILABLE ON

GET UPDATES STRAIGHT TO YOUR DESKTOP

Download Browser Extension

Enable Desktop Notifications