# Exhibit B

THE WHITE HOUSE

WASHINGTON

September 25, 2026

MEMORANDUM FOR CHARLES NEIL FLOYD
Immigration Judge, Department of Justice

Pursuant to the Constitution and the laws of the United States, including section 3345(a) of title 5, United States Code, you are directed to perform the functions and duties of the office of United States Attorney for the Western District of Washington.