Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER ROGOFF,

Plaintiff,

v.

DONALD TRUMP in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States[1]; and UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

CASE NO. 2:26-cv-02566-SAB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the attorney of record listed below:

HENRY C. WHITAKER
Senior Counselor to the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW Room 5134
Washington, D.C. 20530
Phone: 202-445-8942
Email: henry.whitaker@usdoj.gov

hereby enters his appearance on behalf of Defendants Donald Trump in his official capacity as President of the United States, the Executive Office of the President; Todd Blanche, in his official

1 Todd Blanche was sworn in as Attorney General of the United States on August 10, 2026.

capacity as Attorney General of the United States, and the United States Department of Justice, in the above-captioned lawsuit, without waiving objection to, *inter alia*, service, venue, or jurisdiction.

You are hereby notified that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon Defendants by properly serving the above-named attorney, and on the other attorneys presently appearing as counsel of record for Defendants in this action, in accordance with the Federal Rules of Civil Procedure.

DATED this 29th day of September 2026.

Respectfully submitted,

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
Senior Counselor to the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW Room 5134
Washington, D.C. 20530
Phone: 202-445-8942
Email: henry.whitaker@usdoj.gov

*Attorney for Defendants*