Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CASE NO. 2:26-cv-02566-SAB<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

TO PLAINTIFF ROGER ROGOFF AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that all defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the preliminary injunction entered in this action on October 1, 2026.

DATED: October 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

Federal Programs Branch

DIANE KELLEHER
Director, Federal Programs Branch

JEREMY S.B. NEWMAN
Chief Litigation Counsel, Federal Programs Branch

JOSHUA S. HA
Counsel to the Assistant Attorney General

*/s/Joshua S. Ha*
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-598-3747
Joshua.S.Ha@usdoj.gov

*Attorneys for Defendants*