UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROGER ROGOFF,

Plaintiff - Appellee,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.

Defendants - Appellants.

No. 26-6445

D.C. No.
2:26-cv-02566-SAB
Western District of Washington, Seattle

ORDER

The court has received the government's emergency motion for stay pending appeal. Dkt. No. 9. The request for an administrative stay is **GRANTED**. The court's administrative stay "is only intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits, and does not constitute in any way a decision as to the merits" of the appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT