# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ROGER ROGOFF,

Plaintiff,

-vs-

DONALD J TRUMP, et al,

Defendants.

**Case No.** **2:26-cv-02566-SAB**

**CIVIL MINUTES**

**DATE:** **10/01/2026**

**LOCATION:** **SEATTLE, WA**

## MOTION HEARING

| | **Judge Stanley A. Bastian** | |
|---|---|---|
| Ruby Mendoza<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Debbie Zurn<br>**Court Reporter** |

| | |
|---|---|
| Hailyn J Chen<br>Esthena Barlow<br>Jason A Rittereiser<br>Victoria A. Degtyareva<br>**Plaintiff's Counsel** | Joshua Ha<br>Brian C Kipnis<br>Henry Charles Whitaker<br>**Defendants' Counsel** |

**[ X ] Open Court** **[ ] Chambers** **[ ] Telecon/Video**

Motions before the Court: **Motion for Preliminary Injunction, ECF No. 8.**

Court has reviewed the motions and all documents filed.

Ms. Chen presents argument on Motion for Preliminary Injunction, ECF No. 8.
Court ask counsel regarding Statutes 541(c) 546(d).
Ms. Chen responds and continues argument.
Court questions counsel.
Ms. Chen responds and continues argument.

Court discusses Judicial Notice and the request for a stay.
Ms. Chen did not oppose the Court taking judicial notice. A stay is not warranted.
Mr. Ha presents argument.
Court questions Mr. Ha.

## [ X ] ORDER FORTHCOMING

| | | |
|---|---|---|
| **CONVENED: 10:02 A.M.** | **ADJOURNED: 11:04 A.M.** | **TIME: 1 HR. 2 MINS.** |

Mr. Ha responds and continues argument.

Ms. Chen presents rebuttal argument.

Court addresses counsel and makes ruling: Motion for Preliminary Injunction, ECF No. 8, is GRANTED. Motion for Stay is DENIED. Motion for Bond is DENIED.