UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROGER ROGOFF,

Plaintiff - Appellee,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.

Defendants - Appellants.

No. 26-6445

D.C. No.
2:26-cv-02566-SAB
Western District of Washington, Seattle

ORDER

Before: PAEZ, BYBEE, and SUNG, Circuit Judges.

The court has received Appellants' emergency motion for stay pending appeal. Dkt. No. 9. We granted Appellants' request for an administrative stay. Dkt. No. 11. Appellee does not oppose the stay pending appeal. Dkt. No. 12. Accordingly, the administrative stay remains in place pending further order.

The briefing schedule for this appeal will proceed as follows: appellants' opening brief is due October 9, 2026, and appellee's answering brief is due October 16, 2026. The optional reply may be filed by October 21, 2026. The panel will hold a remote hearing by Zoom on October 23, 2026, at 10:00 AM PDT.