Judge Bastian

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER ROGOFF,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; TODD BLANCHE, in his official capacity as Attorney General of the United States; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CASE NO. 2:26-cv-02566-SAB<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that, under Local Civil Rule 83.2(b)(3), Henry Charles Whitaker hereby withdraws as an attorney of record for Defendants in this case. The United States Department of Justice and the United States Attorney's Office for the Western District of Washington will continue to represent Defendants, with Joshua S. Ha and Assistant United States

///

///

///

///

///

Attorney Brian C. Kipnis as attorneys of record.

DATED: November 5, 2026

Respectfully submitted,

/s/ *Henry Charles Whitaker*

HENRY CHARLES WHITAKER
Senior Counselor to the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW Room 5134
Washington, D.C. 20530
Phone: 202-445-8942
Email: henry.whitaker@usdoj.gov

*/s/Joshua S. Ha*

JOSHUA S. HA
950 Pennsylvania Avenue NW
Washington, DC 20530
202-598-3747
Joshua.S.Ha@usdoj.gov

*/s/ Brian C. Kipnis*

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: brian.kipnis@usdoj.gov

*Attorneys for Defendants*